# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| PENNY MANNING, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| GEORGIA MEDICAL BILLING SPECIALISTS, INC. and MED-CHOICE SOLUTIONS, INC., | : | |
| Defendants. | : | NO. CV204-186 |

### O R D E R

By Order dated August 29, 2005, the Court granted J. Alexander Atwood's motion to withdraw as counsel for Defendants. To date, Defendants have failed to secure substitute counsel.

A corporation is an artificial entity and may appear in federal court only through licensed counsel. Rowland v. Cal. Mens Colony, 506 U.S. 194, 202, 113 S. Ct. 716, 721, 121 L.Ed.2d 656 (1993); see also 28 U.S.C. § 1654; Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir.), reh'g denied 775 F.2d 304 (11th Cir. 1985), cert. denied, 474 U.S. 1058, 106 S.

Ct. 799, 88 L.Ed.2d 775 (1986); <u>Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.</u>, 748 F.2d 602, 609 (11th Cir. 1984), <u>reh'g denied</u>, 755 F.2d 176 (1985), <u>cert. denied</u>, 471 U.S. 1056, 105 S. Ct. 2120, 85 L.Ed.2d 484 (1985); <u>K.M.A., Inc. v. Gen. Motors Acceptance Corp.</u>, (In re K.M.A., Inc.), 652 F.2d 398, 399 (5th Cir. 1981)[1] (corporation's notice of appeal would be dismissed unless attorney files an appearance on behalf of corporation within thirty days). This rule "applies even where the person seeking to represent the corporation is its president and major stockholder." <u>Palazzo</u>, 764 F.2d at 1385.

Accordingly, Defendants are hereby ordered to retain counsel, and said counsel is to file an appearance to represent Defendants with the Court, within thirty (30) days from the date of entry of this Order.

**SO ORDERED**, this ___30___ day of November, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In <u>Bonner v. City of Prichard</u>, 661 F.2d 1206 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted all decisions by the Fifth Circuit Court of Appeals issued prior to October 1, 1981, as binding precedent on this Court.